**The Atlas China Company, appellee, v. Hillman's, appellant. Gen. No. 32,226.**

 Opinion filed February 27, 1928.

Newman, Poppenhusen, Stern & Johnston, for appellant. Frank H. Repetto, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

**Bernard P. Conway, administrator of the estate of Charles H. Cornell, deceased, appellee, v. Yellow Cab Company, appellant. Gen. No. 32,244.**

 Opinion filed February 27, 1928.

Samuels, Costello & Greenberg and Rose & Symmes, for appellant. Matthew J. O'Brien, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

**Peter Horslev, appellee, v. M. H. Ritzwoller Company and Rockwood Sprinkler Company, defendants. .M. H. Ritzwoller Company, appellant. Gen. No. 32,297.**

Opinion filed February 27, 1928.

George A. Schneider, for appellant; Stanley L. Shetler, of counsel. Robert F. Kolb, for appellee; Luther W. Tatge, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

**L. A. Andrew, superintendent of banking of the State of Iowa, as receiver of Iowa Loan & Trust Company, appellee, v. Charles B. Cleland et al., on appeal of Myrtle Cleland, appellant. Gen. No. 32,333.**

 Opinion filed February 27, 1928.

G. A. Buresh, for appellant. Ringer, Wilhartz & Hirsch, for appellee; Sidney J. Wolf and J. Robert Cohler, of counsel.

Mr. Justice McSurely delivered the opinion of the court.